**STATE of Missouri, Respondent,**

v.

**Jerry Wayne DUNLAP, Appellant.**

**No. 45576.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 29, 1983.

Gary H. Sokolik, Perry, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, Thomas I. Osborne, County Pros. Atty., Mexico, for respondent.

### ORDER

**PER CURIAM.**

Defendant's conviction of Driving While Intoxicated, second offense, a Class A misdemeanor affirmed. Section 577.010, RSMo. 1978; Rule 30.25(b).